54 So.2d 797

### William E. SUGGS v. STATE.
### 1 Div. 457.

Supreme Court of Alabama.
Nov. 1, 1951.

Si Garrett, Atty. Gen., and Jas. L. Screws, Asst. Atty. Gen., for petition.

Harry Seale, M. A. Marsal and A. J. Seale, all of Mobile, opposed.

LIVINGSTON, Justice.

Petition of the State by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Suggs v. State, 54 So.2d 794.

Writ denied.

BROWN, LAWSON and STAKELY, JJ., concur.